# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Dennis Andrew Cerveny            Docket No. 7:12-MJ-1109-1RJ

### Petition for Action on Probation

      COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dennis Andrew Cerveny, who, upon an earlier plea of guilty to Driving While Impaired, Level 5, in violation of 18 U.S.C. § 13 [N.C.G.S. 20-138.1], was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on April 17, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. The defendant shall surrender his North Carolina driver's license by April 27, 2013, to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

4. The defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

5. The defendant shall pay a special assessment of $10.00 and a fine of $100.00.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is 73 years old and is 90% disabled with a multitude of physical health problems which include high blood pressure, prostate cancer, hearing loss, and arthritis in both hands. Community service agencies will not allow the defendant to perform community service due to his advanced age and physical health condition. Consequently, we are recommending this requirement be stricken from the judgment.

Dennis Andrew Cerveny
Docket No. 7:12-MJ-1109-1RJ
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The special condition requiring the defendant to perform 24 hours of community service as directed by the probation office is stricken from the judgement.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Djoni B. Barrett<br>Djoni B. Barrett<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-347-9038<br>Executed On: June 20, 2013 |

### ORDER OF COURT

Considered and ordered this **20** day of **June**, 2013, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge